**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 95-7425**

CLEVELAND HUGHES,

Petitioner - Appellant,

versus

SEWALL SMITH, Warden; ATTORNEY GENERAL OF THE
STATE OF MARYLAND,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Edward S. Northrop, Senior District Judge.
(CA-92-2738-N)

Submitted: January 9, 1996          Decided: May 24, 1996

Before WILKINSON, Chief Judge, and MICHAEL and MOTZ, Circuit
Judges.

Affirmed by unpublished per curiam opinion.

Cleveland Hughes, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Mary Ellen Barbera, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hughes v. Smith, No. CA-92-2738-N (D. Md. Aug. 23, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED